**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MARTA ESCAMILLA,**

Plaintiff,

v.

**DYCK O'NEAL INC. AND BENDETT & MCHUGH, P.C.**

Defendants.

**Case No.:** 1:22-CV-11001-MPK

**PLAINTIFF'S MOTION IN LIMINE #2 TO EXCLUDE EVIDENCE CONTESTING LIABILITY IF DEFENDANT ASSERTS A BONA FIDE ERROR DEFENSE**

Plaintiff Marta Escamilla ("Ms. Escamilla" or "Plaintiff"), by and through her undersigned attorneys, respectfully moves the Court for an Order that excludes any evidence at trial disputing liability should Defendant Dyck-O'Neal, Inc. ("Defendant") assert a bona fide error defense. In support of this motion, Ms. Escamilla incorporates her Memorandum below.

**<u>MEMORANDUM</u>**

"[T]he FDCPA affords a narrow carve-out to the general rule of strict liability, known as the 'bona fide error' defense" *Owen v. I. C. Sys., Inc*., 629 F.3d 1263, 1271 (11th Cir. 2011); *see also*, 15 U.S.C. § 1692k(c) ("A debt collector may not be held liable in any action brought under this subchapter if the debt collector shows by a preponderance of evidence that ***the violation*** was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.") (emphasis added). This defense by definition requires the concession that a violation of the FDCPA occurred. *See id*.

Because a bona fide error defense presupposes that a violation of the FDCPA occurred, Defendant should not be allowed to present evidence disputing liability under the FDCPA while

also asserting this defense. Ms. Escamilla requests that if Defendant asserts the affirmative defense of bona fide error, it must admit that an error occurred (i.e., liability).

Accordingly, Motion in Limine No. 2 should be granted and the Court should issue order excluding evidence disputing liability under the FDCPA should Defendant raise a bona fide error defense.

Dated: May 26, 2026

**KAZEROUNIAN LAW GROUP, APC**

By: *<u>/s/ Pamela Prescott, Esq.</u>*
Abbas Kazerounian, Esq. (*pro hac vice*)
Pamela Prescott, Esq. (*pro hac vice*)
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Email: ak@kazlg.com
pamela@kazlg.com

**SHIELD LAW, LLC**
Nicola Yousif, Esq. (MA#679545)
Matthew A. McKenna (MA#705644)
157 Belmont St.
Brockton, MA 02301
Telephone: (508) 588-7300
E-Mail: nick@yousiflaw.com;
matt@yousiflaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ <u>Pamela Prescott</u>*
Pamela Prescott