UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTA ESCAMILLA
Plaintiff,

v. CIVIL ACTION NO. 22-11001-MPK[1]

DYCK-O'NEAL, INC.,
Defendant.

**SETTLEMENT ORDER OF DISMISSAL**

The Court having been advised that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

June 22, 2026

/s/ M. Page Kelley
M. Page Kelley
United States Magistrate Judge

[1] The parties have consented to proceeding before the undersigned United States Magistrate Judge for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c). (#12.)